IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM MICHAEL LUCAS                                                                                  PLAINTIFF
#2303865

V.                                            No. 3:23-cv-00172-BRW

ROBERT CASE, *et al.*                                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of November, 2023.

                                                BILLY ROY WILSON
                                                UNITED STATES DISTRICT JUDGE